# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHARLES GIBBONS**<br>1325 G Street N.W., Suite 500<br>Washington, DC 20005,<br><br>  and<br><br>**DEFENDING RIGHTS & DISSENT**<br>1325 G Street N.W., Suite 500<br>Washington, DC 20005,<br><br>                    Plaintiffs,<br><br>v.<br><br>**DEPARTMENT OF JUSTICE**<br>950 Pennsylvania Avenue, N.W.<br>Washington DC 20530,<br><br>                    Defendant. | Civil Action No. _____ |

## Complaint for Injunctive and Declaratory Relief

1) This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552; and the Federal Declaratory Judgment Act, 28 U.S.C. §§ 2201, 2202.  Plaintiffs seek injunctive and declaratory relief to compel defendant Department of Justice to disclose requested records.

## Jurisdiction and Venue

2) This court has both subject matter jurisdiction over this action and personal jurisdiction over the parties pursuant to 5 U.S.C. § 552(a)(4)(B).  This court also has jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 28 U.S.C. §§ 2201(a) & 2202.  Venue lies in this district under 5 U.S.C. § 552(a)(4)(B).

## The Parties

3) Plaintiff Charles Gibbons is a citizen of the United States and a resident of the District of Columbia.  Plaintiff, writing as Chip Gibbons, has published original works of journalism with, *inter alia, Jacobin Magazine, The Intercept, In These Times, and The Nation.* He is currently under contract with *Verso Books* to complete a political history and present-day analysis of the FBI, domestic political surveillance, and the rise of the U.S. national security state.

4) Plaintiff Defending Rights & Dissent is a 501c3 non-profit that gathers information of potential interest to a segment of the public, uses its editorial skills to turn the raw materials into a distinct work, and distributes that work to an audience.  Plaintiff Defending Rights & Dissent employs plaintiff Gibbons as policy director.  In this capacity Gibbons has published a 48 page report entitled *Still Spying on Dissent: The Enduring Problem of FBI First Amendment Abuse*, as well as audio and visual broadcasts, including *Still Spying*, a limited audio series about the history of the FBI.

5) Defendant Department of Justice ("DOJ") is a department of the Executive Branch of the United States Government. DOJ is an "agency" within the meaning of 5 U.S.C. § 552(f). The Federal Bureau of Investigation ("FBI") is a component of defendant DOJ.

## Background

6) On December 4, 1969, Chicago police raided the headquarters of the Illinois Black Panther Party, killing Fred Hampton and Mark Clark.  The raid has been the subject of a federal grand jury investigation, wrongful death suit, and Congressional inquiries.  Initially, police claimed they had acted in self-defense, but this claim was thoroughly discredited by subsequent public investigations, leading activists and members of Congress to describe Hampton's death as

an "assassination." Ultimately, it was revealed that William O'Neal, a member of the Illinois Black Panther Party, was an FBI informant and O'Neal had given his FBI handlers a floor plan of the Black Panther office. FBI agents in turn passed this information on to local authorities. It was also revealed that Hampton, who was in bed when shot by the police, had been drugged with barbiturates.

7) In 1982, the federal government settled the wrongful death suit stemming from the raid. Controversy over the FBI's role in Hampton's death was reignited in December 2020 when the FBI finally released the personnel file of FBI agent Roy Mitchell. Mitchell was a member of the Chicago field offices Racial Matters Squad and the controlling agent for O'Neal. These files were not available during the wrongful death suit and gave new insights into J. Edgar Hoover's potential involvement in the raid.

8) Following these revelations, plaintiffs hosted a webinar with the attorneys from the original wrongful death suit. During this webinar it was publicly announced for the first time that Rep. Bobby Rush (D-Ill.), himself a former member of the Illinois Black Panther, would be calling for Attorney General Merrick Garland to release all remaining files about the assassination of Fred Hampton. Plaintiffs worked with Rep. Rush's office in identifying additional Congressional supporters for these efforts. Plaintiff also drafted and secured signatures on supporting letters from civil society groups and historians, journalists, and other researchers of FBI abuses of power. On March 28, 2021, Reps. Bobby L. Rush (D-Ill.), Alcee L. Hastings (D-Fla.), Earl Blumenauer (D-Ore.), Danny Davis (D-Ill.), Jahana Hayes (D-Conn.), Ilhan Omar (D-Minn.), and Rashida Tlaib (D-Mich.) sent their letter to Attorney General Garland. On April 1, 2021, plaintiffs published two supporting letters, one signed by 11 civil

society groups, and one signed by over 200 historians and other experts.  Plaintiffs continued their advocacy for the release of all files concerning Hampton's death.

### Plaintiffs' FOIA Request

9) Plaintiffs submitted a FOIA request through the FBI's FOIA portal on April 23, 2021, requesting all FBI records concerning William O'Neal, who plaintiffs identified as a deceased individual.  Plaintiffs provided O'Neal's date of birth and proof of his death.

10) The FBI acknowledged plaintiffs' request for records in a letter dated April 29, 2021, and assigned it FOIPA Request No 1495314-000.  In the same correspondence, the Bureau stated that plaintiffs' request for a fee waiver was under consideration.  For the purpose of assessing fees, the FBI correctly determined plaintiffs qualified as an educational institution, noncommercial scientific institution or representative of the news media requester.  To date the Bureau has not communicated to plaintiffs a decision about plaintiffs' request for a fee waiver.

11) The FBI, in a letter dated May 6, 2021, informed plaintiffs: "Records responsive to your request will be made available in the FBI's electronic FOIA Library (The Vault) on the FBI's public website, http://vault.fbi.gov. You will be notified when releases are available."

12)  To date, the FBI has not notified plaintiffs that "releases are available."  Nor has the Bureau provided any responsive records to plaintiffs or otherwise rendered a determination of plaintiffs' request.

### CAUSE OF ACTION

### Violation of the Freedom of Information Act for Wrongful Withholding of Agency Records

13) Plaintiffs repeat and reallege paragraphs 1-12.

14) Plaintiffs have exhausted the applicable and available administrative remedies with respect to defendant's processing of plaintiffs' FOIA request.

15)  Defendant has wrongfully withheld the requested records from plaintiffs by failing to comply with the statutory time limit for rendering a determination or response to plaintiffs' FOIA request.

16)  Plaintiffs are entitled to injunctive relief with respect to the release and disclosure of the requested documents.

## Requested Relief

WHEREFORE, plaintiffs pray that this Court:

A.  order defendant DOJ and its component, FBI, to disclose the requested records in their entirety and make copies available to plaintiffs;

B.  provide for expeditious proceedings in this action;

C.  award plaintiffs their costs and reasonable attorneys fees incurred in this action; and

D.  grant such other relief as the Court may deem just and proper.

Respectfully submitted,

_____
DAVID L. SOBEL, D.C. Bar No. 360418
5335 Wisconsin Avenue, N.W.
Suite 640
Washington, DC 20015
(202) 246-6180

*Counsel for Plaintiffs*